**No. 54912.**—Leacock & Company, Inc. *v.* United States, protest 149704–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of embroidered flax napkins, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon said flax napkins missing from the imported cases.   The protest was sustained to this extent.

**No. 54913.**—Coro, Inc. *v.* United States, protest 149351–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of 20% dozen pins, item 1307, from case H. R. 642, was not in fact imported. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the 20% dozen pins, item 1307, missing from case H. R. 642.   The protest was sustained to this extent.

**No. 54914.**—Leacock & Co., Inc. *v.* United States, protest 158770–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of rayon and linen articles, was not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon said rayon and linen articles.   The protest was sustained to this extent.

**No. 54915.**—McKesson & Robbins, Inc. *v.* United States, protest 161172–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantitites reported by the inspector as not landed were not in fact landed.   In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as not landed.   The protest was sustained to this extent.